UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED
2010 JUL 19 PM 6:40
AFTER HOURS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| Stephanie Crossley Taylor | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| Public Storage | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Public Storage
c/o Department of Financial Institutions
345 West Washington Avenue, 3rd Floor
Madison, Wisconsin 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lane Fitzgerald
The Fitzgerald Law Firm
2031 Riverside Drive, Suite A
P.O. Box 194
Beloit, WI 53512-0194

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/19/2010

*Signature of Clerk or Deputy Clerk*